UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIELLE M. SPEED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:19-cv-02584-SNLJ |
| AQUA FINANCE, INC., | ) ) ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on its own motion. Pro se plaintiff Danielle M. Speed has filed a civil action without paying the required filing fee or submitting a motion for leave to proceed in forma pauperis. The Court will therefore direct the Clerk of Court to send to plaintiff a copy of the Court's motion to proceed in forma pauperis form. Plaintiff must either submit a motion to proceed in forma pauperis or pay the full filing fee within twenty-one (21) days of the date of this order. Failure to comply will result in the dismissal of this case without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's motion to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that within **twenty-one (21) days** of the date of this order, plaintiff must either file a motion to proceed in forma pauperis or pay the entire filing fee.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this order, this action will be dismissed without prejudice and without further notice.

Dated this 20th day of Sept., 2019.

/s/ Stephen N. Limbaugh, Jr.
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE